NIGHT BOX
FILED

FEB 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. 0-06163
CIV-DIMITROULEAS
MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ANNETTE CARUTHERS,

   Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __✓__ No

            Respectfully submitted,

            THOMAS E. SCOTT
            UNITED STATES ATTORNEY

        BY: _____
            MARY F. DOOLEY
            ASSISTANT U.S. ATTORNEY
            99 N.E. 4TH STREET
            Suite 300
            Miami, FL 33132
            Tel No. (305) 961-9376
            Fax No. (305) 530-7195
            Bar No. A5500282

DATED  1/31/00