*AO 88 (Rev. 11/91) Summons in a Civil Action*

NIGHT BOX FILED
FEB 1 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

**United States of America**

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

**ANNETTE CARUTHERS**
1363 SEAVIEW
POMPANO BEACH, FL 33068

Case Number: **0-06163 CIV-DIMITROULEAS**

MAGISTRATE JUDGE
JOHNSON

**TO:** *(Name and Address of Defendant)*

ANNETTE CARUTHERS
1363 SEAVIEW
POMPANO BEACH, FL 33068

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.*

Clarence Maddox CLERK                    FEB 1 2000 _____ DATE

*(signature)*
(BY) DEPUTY CLERK