UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-06163-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANNETTE CARUTHERS,

    Defendant,
_____/



## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause with prejudice as to the defendant, Annette Caruthers, pursuant to Federal Rule of Civil Procedure 41(a)(1).

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY


BY: _____
    MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    Bar No. A5500282
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9376
    Fax No. (305) 530-7195

DATED  2/22/00

