UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6163-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANNETTE CARUTHERS,

    Defendant.
_____/



## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal Without Prejudice, filed by the Plaintiff, on February 24, 2000. The Court has carefully reviewed the Notice of Dismissal, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal Without Prejudice, filed herein by the Plaintiff, is hereby approved by the Court;

2. The above-styled action is hereby **DISMISSED** without prejudice;

3. The Clerk of This Court is directed to deny all pending motions as moot; and

4. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 24 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Mary Dooley, AUSA
Annette Caruthers, Pro se